# Exhibit A

FILED UNDER SEAL