# Exhibit B

FILED UNDER SEAL